The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WFS PHARMAGREEN, INC., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>CANNA-PET, LLC, and DANIEL K. GOLDFARB, <br><br>　　　　　Defendants. | No. 2:16-cv-00491-RSL <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |
| DANIEL K. GOLDFARB and CANNA-PET, LLC, <br><br>　　　　　Counterclaim Plaintiffs, <br><br>　v. <br><br>WFS PHARMAGREEN, INC., <br><br>　　　　　Counterclaim Defendant. | |
| DANIEL K. GOLDFARB and CANNA-PET, LLC, <br><br>　　　　　Third-Party Plaintiffs, <br><br>　v. <br><br>CANNA COMPANION, LLC; CANNA COMPANION PRODUCTS, INC.; and SARAH BRANDON and GREG COPAS, wife and husband and the marital community composed therein; and ROBERT STEWART and JANE DOE STEWART, husband and wife and the marital community composed therein, <br><br>　　　　　Third-Party Defendants. | |

STIPULATION FOR ORDER OF DISMISSAL - 1
Case No. 2:16-cv-00491-RSL

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\dke\wfs pharmagreen\02 trademark litigation\settlement\Stipulation & Order of Dismissal

## STIPULATION

Plaintiff/Third-Party Defendants WFS Pharmagreen, Inc., Canna Companion, LLC, Canna Companion Products, Inc., Sarah Brandon and Greg Copas, and their marital community, and Robert Stewart, and Defendants/Third-Party Plaintiffs Daniel K. Goldfarb and Canna-Pet, LLC, hereby stipulate that all claims, counterclaims and third-party claims brought by or against any party in the above-captioned matter may be dismissed with prejudice and without costs and/or attorney fees as to any party.

DATED this 28th day of April, 2017.                DATED this 28th day of April, 2017.

VANDEBERG JOHNSON & GANDARA, LLP           INVIGOR LAW GROUP, PLLC

By s/                                              By s/
Daniel Gandara, WSBA #8635                         Kyle Hulten, WSBA #44361
dgandara@vjgseattle.com                            kyle@invigorlaw.com

Attorneys for Plaintiff/Third-Party Defendants     Attorneys for Defendants/Third-Party Plaintiffs

## ORDER OF DISMISSAL

THIS MATTER having come before the Court by way of stipulated motion by the Plaintiff/Third-Party Defendants and Defendants/Third-Party Plaintiffs to dismiss all claims, counterclaims and third-party claims brought by or against any party in the above-captioned matter with prejudice and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby

ORDERED as follows: All claims, counterclaims and third-party claims brought by or against any party in the above-captioned matter are hereby dismissed with prejudice and without costs or attorney fees as to any party.

STIPULATION FOR ORDER OF DISMISSAL - 2
Case No. 2:16-cv-00491-RSL

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\dke\wfs pharmagreen\02 trademark litigation\settlement\Stipulation & Order of Dismissal

Dated this 2nd day of May, 2017.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

VANDEBERG JOHNSON & GANDARA, LLP


By s/_____
   Daniel Gandara, WSBA #8635
   Attorneys for Plaintiff/Third-Party
   Defendants


INVIGOR LAW GROUP PLLC


By s/_____
   Kyle Hulten, WSBA #44361
   Attorneys for Defendants/Third-Party
   Plaintiffs

STIPULATION FOR ORDER OF DISMISSAL - 3
Case No. 2:16-cv-00491-RSL

VANDEBERG JOHNSON & GANDARA, LLP
ATTORNEYS AT LAW
999 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98104-4088
(206) 464-0404 (SEATTLE)
FACSIMILE (206) 464-0484

F:\dke\wfs pharmagreen\02 trademark litigation\settlement\Stipulation & Order of Dismissal